154 A.3d 681

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOSE COLON, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002697-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 682

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. D.E.S., DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001017-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.